UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               Case No. 1:24-cr-20096-1

v.                                         Honorable Thomas L. Ludington
                                               United States District Judge

PATRICK BRYAN CHAMBERLAIN,

                                               Honorable Patricia T. Morris
       Defendant.                   United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On February 19, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Patrick Bryan Chamberlain's consent. *See* ECF Nos. 43; 46. Later that day, Judge Morris issued a report recommending this Court accept Defendant's guilty plea. ECF No. 49. Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 49, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED** and that the Rule 11 Plea Agreement, ECF No. 48, is **TAKEN UNDER ADVISEMENT**.

Dated: March 11, 2025                                        s/Thomas L. Ludington
                                                                            THOMAS L. LUDINGTON
                                                                           United States District Judge